### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FELISHA PEEL, individually and on**                 **PLAINTIFF**
**behalf of all others similarly situated**

**v.**                 **CASE NO. 4:19-CV-00795-BSM**

**PALCO, INC.**                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE